# UNITED STATES DISTRICT COURT

**FILED**
DISTRICT COURT OF GUAM

MAY 27 2005

MARY L.M. MORAN
CLERK OF COURT 

DISTRICT OF  GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE** ③

**GERARDO ELOY GONZALEZ, JR.**

Case Number:  **CR-05-00039-001**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **413** |
| | Date and Time |
| Before:  **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Friday, May 27, 2005 at 10:00 a.m.** |

To answer a(n)

X  Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:952(a), 960(a)(1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**

**21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)**

**18:1956(a)(1)(B)(I), 1956(h) - MONEY LAUNDERING CONSPIRACY (COUNT 4)**

*ORIGINAL*

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk** | *Marilyn B. Alcon* |
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| **May 25, 2005** | |
| Date | |

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | *John Brieuse* 5/25/2005 |
| | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: *SERVED TO DEFENDANTS ATTORNEY*

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   *5-21-05*                                    *J.L.A. Stacas*
              Date                                         Name of United States Marshal

                                                           *FRANKLIN J. MCMANE s/DUSM*
                                                           (by) Deputy United States Marshal

Remarks:
    *Attorney Cynthia Eckrie*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.