# UNITED STATES DISTRICT COURT

FILED
DISTRICT COURT OF GUAM
MAY 27 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT OF      GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**DEANNA INGRID MORALES aka
DEANNA MORALES GUERRERO**

Case Number:    **CR-05-00039-003**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **413** |
| | Date and Time<br>**Friday, May 27, 2005 at 10:00 a.m.** |

To answer a(n)
**X** Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:952(a), 960(a)(1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**

**21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)**

**21:841(a)(1), (b)(1)(A)(viii) & 846 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 3)**

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk**<br>Name and Title of Issuing Officer | Signature of Issuing Officer |
| **May 25, 2005**<br>Date | |

## RETURN OF SERVICE

Service was made by me on:[1]    *John Brinn*    Date    *5/25/2005*

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at:

☑   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:   *SERVED TO DEFENDANTS ATTORNEY*

☐   Returned unexecuted:

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   *5-27-05*           *J.L.G. SALAS*
             Date                            Name of United States Marshal

                                     *S/DUSM FRANKLIN J. ARMAGUE*
                                       (by) Deputy United States Marshal

Remarks:
    *Attorney from Teckin*

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.