IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(SEALED)

FILED
DISTRICT COURT OF GUAM
JUN 14 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00039-003**  **DATE: 06/14/2005**  **TIME: 2:51 p.m.**

**HON. RICARDO S. MARTINEZ, Designated Judge, Presiding**  Law Clerk: NONE PRESENT
Court Reporter: Wanda M. Miles  Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:51:07 - 3:13:32  CSO: B. Pereda / D. Quinata

**APPEARANCES**

**DEFT: DEANNA INGRID MORALES aka DEANNA MORALES GUERRERO**  **ATTY: SAMUEL TEKER**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.  ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID  AGENT: ERWIN FEJERAN, IMMIGRATION AND CUSTOMS ENFORCEMENT

U.S. PROBATION: ROBERT CARREON  U.S. MARSHAL: S. LUJAN

INTERPRETER: _____  ( ) SWORN  LANGUAGE: _____
( ) PREVIOUSLY SWORN

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 38  HIGH SCHOOL COMPLETED: High School Graduate
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE  ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: COUNT II - CONSPIRACY TO DISTRIBUTE MORE THAN 100 GRAMS OF METHAMPPHETAMINE HYDROCHLORIDE
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: SEPTEMBER 9, 2005 at 10:00 A.M.  ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: AUGUST 5, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

NOTES:

Courtroom Deputy: _____