IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(SEALED)

**FILED**
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 05-00039-005**            **DATE: 06/16/2005**            **TIME: 2:48 p.m.**

***

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**
Court Reporter: Wanda M. Miles
Hearing Electronically Recorded: 2:48:24 - 2:59:25

Law Clerk: None Present
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda / D. Quinata

(36)

*********************** APPEARANCES ***************************

**DEFT: GILBERT JOSE MATTA**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY : LOUIE YANZA**
( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID

**AGENT:**

**U.S. PROBATION:** CARLEEN BORJA

**U.S. MARSHAL:** W. GRAY

***

**PROCEEDINGS:       MOTION TO RECONSIDER DETENTION**

( X ) MOTION(s) ARGUED BY    ( X ) GOVERNMENT    ( X ) DEFENDANT(s)
(  ) MOTION(s)  ___Granted  ___Denied  ___Withdrawn  ___ Under Advisement
(  ) ORDER SUBMITTED   ___Approved   ___Disapproved
(  ) ORDER to prepared By: _____
(  ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Defense informed the Court that he received consent from Mr. Arriola's client to lift the stay away order and to allow his client to live with co-defendant Jessica Mesa. The Government did not have any objection to Defendant's release, however, requested that Defendant reside at a fixed address. The Court continued detention pending Mr. Yanza receiving consent from Ms. Mesa's parents to reside in their home and the probation's report that electronic monitoring is possible.

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL
(  ) DEFENDANT RELEASED (  ) as previously ordered (  ) see Release Conditions-
next page

**Courtroom Deputy:** _____