AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

**FILED**
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

ANNETTE JOYCE GONZALEZ
aka ANNETTE ROMERO

**WARRANT FOR ARREST**

Case Number: CR-05-00039-008

U.S. MARSHALS-GUAM RECEIVED 05 MAY 2005 14 00

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     ANNETTE JOYCE GONZALEZ aka ANNETTE ROMERO
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

21:952(a), 960(a)((1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

18:1956(a)(1)(B)(i), 1956(h) & 2 - MONEY LAUNDERING CONSPIRACY (COUNT 4)

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

Marilyn B. Alcon
Signature of Issuing Officer

Depuy Clerk
Title of Issuing Officer

Date     Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Oakland, CA.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/25/05 | John Buenos | |
| DATE OF ARREST 5/30/05 | | |