IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00039-008          DATE: 08/12/2005

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge      Law Clerk: NONE PRESENT
Court Reporter: Wanda M. Miles                          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:13:59 - 10:37:55    CSO: J. McDonald

**APPEARANCES**

DEFT: <u>ANNETTE JOYCE GONZALEZ aka</u>       ATTY: <u>DAVID RIVERA</u>
      <u>ANNETTE ROMERO</u>                   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

U.S. ATTORNEY: MARIVIC DAVID                  AGENT: JOHN DUENAS, BUREAU OF IMMIGRATION AND
                                                     CUSTOMS ENFORCEMENT

U.S. PROBATION: MARIA CRUZ                    U.S. MARSHAL: W. GRAY

PROCEEDINGS:   CHANGE OF PLEA

( X ) DEFENDANT SWORN AND EXAMINED: AGE: <u>41</u>    HIGH SCHOOL COMPLETED: <u>11th GRADE</u>
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
(   ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
(   ) WARRANT OF REMOVAL ISSUED
(   ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(   ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: <u>COUNT II AND COUNT IV</u>
(   ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(   ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
(   ) COURT ORDERS PLEA AGREEMENT *SEALED*
(   ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( X ) SENTENCING DATE: <u>NOVEMBER 10, 2005</u> at <u>10:00 A.M.</u>  ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: <u>OCTOBER 6, 2005</u>
(   ) PRELIMINARY EXAMINATION SET FOR: _____
(   ) ARRAIGNMENT SET FOR: _____ at _____
(   ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
(   ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*
(   ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
(   ) DEFENDANT RELEASED AS PREVIOUSLY ORDERED BY THE COURT

NOTES:

<u>Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. The Court and the parties
made a pen and ink change to the plea agreement on page 3, line 17, replacing the word "he" with the
word "she". The Court executed the report and recommendation concerning pleas of guilty.</u>