FILED
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANNETTE JOYCE GONZALEZ a.k.a.<br>ANNETTE ROMERO,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00039<br><br>**REPORT AND RECOMMENDATION**<br>**CONCERNING PLEAS OF GUILTY**<br>**IN A FELONY CASE** |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a pleas of guilty to Counts II and IV of an Indictment charging her with Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846, and Money Laundering Conspiracy, in violation of 18 U.S.C. §§ 2, 1956(a)(1)(B)(i) and 1956(h). After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of such

///
///
///
///

offenses. I therefore recommend that the pleas of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED this 12th day of August 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United Stated Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**