IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANNETTE JOYCE GONZALEZ a.k.a.<br>ANNETTE ROMERO,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00039<br><br>**ACCEPTANCE OF PLEAS OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to Counts II and IV of an Indictment charging her with Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846, and Money Laundering Conspiracy, in violation of 18 U.S.C. §§ 2, 1956(a)(1)(B)(i) and 1956(h), are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 29 day of August 2005.

                                                  S. JAMES OTERO*
                                                  District Judge

---

    * The Honorable S. James Otero, United States Chief District Judge for the Central District of California, sitting by designation.