
LAW OFFICE OF TERRENCE M. BROOKS
259 Martyr Street, Suite 101
C & A Building
Hagåtña, Guam 96910
Telephone: (671) 472-6848/9
Facsimile: (671) 477-5790

Attorneys for Defendant
ANNETTE JOYCE GONZALEZ
a/k/a ANNETTE ROMERO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, ) | |
| vs. ) | DECLARATION OF DAVID RIVERA CONCERNING POSSIBLE CONFLICT OF INTEREST |
| ANNETTE JOYCE GONZALEZ, ) a/k/a/ ANNETTE ROMERO ) | |
| Defendant. ) | |

COMES NOW, David Rivera, Esq., duly appointed counsel for defendant ANNETTE JOYCE GONZALEZ, a/k/a/ ANNETTE ROMERO, and declares under penalty of perjury as follows:

1. I am over the age of 18 and have the capacity to testify concerning the matters contained herein. I am an employee of the Law Office of Terrence M. Brooks and am duly licensed to practice law before the courts of the Territory of Guam and before the United States District Court of Guam.

2. On or about May 20, 2005, I observed an on-line posting for employment with the United States Attorney's Office, District of Guam. The posted position was for Assistant United States Attorney. I thereafter assembled a writing sample, resume and cover letter in accordance with the instructions contained in the on-line posting and hand delivered same on or about May

| | |
|---|---|
| 1 | 25, 2005 to the office of the United States Attorney, District of Guam. As of this point I had not |
| 2 | had any verbal discussions with any member of the United States Attorney's Office concerning |
| 3 | said submission. |

3. On or about July 29, 2005, I was appointed to represent defendant Annette Joyce Gonzalez a/k/a Annette Romero ("defendant Gonzalez") in Criminal Case Number 05-00039. She was arraigned in District Court on that date and remanded to custody. Shortly thereafter I received a proposed plea agreement which I discussed with my client. On or about August 11, 2005, defendant Gonzalez pled guilty in accordance with the terms of the Plea Agreement. Defendant Gonzalez is scheduled to be sentenced on November 10, 2005. My prior submission of documents for consideration of employment did not affect any actions taken in this case by either the United States Government or myself.

4. On or about August 23, 2005, I was contacted by the United States Attorney's Office and requested to come to their office for an interview. I met with the United States Attorney and members of his staff on August 25, 2005, and was interviewed concerning possible employment with the United States Attorney's Office, District of Guam. This is the first and only time to date that I was interviewed concerning employment. During the interview this potential conflict of interest was discussed.

5. On or about August 26, 2005, I personally met with defendant Gonzalez to advise her of the potential for conflict in light of the interview. She has requested that I remain as her attorney for as long as possible.

6. To date, no actions in this case have been affected either by my submission of documents to the United States Attorney's Office nor by the interview.

Respectfully submitted this 29th day of August, 2005.

_____
DAVID RIVERA, ESQ.