LAW OFFICE OF TERRENCE M. BROOKS
259 Martyr Street, Suite 101
C & A Building
Hagåtña, Guam 96910
Telephone: (671) 472-6848/9
Facsimile: (671) 477-5790

**Attorneys for Defendant**
**ANNETTE JOYCE GONZALEZ**
a/k/a ANNETTE ROMERO

FILED
DISTRICT COURT OF GUAM

AUG 3 0 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF DISCLOSURE** |
| vs. ) | **TO COURT OF POTENTIAL** |
| ) | **CONFLICT OF INTEREST** |
| ANNETTE JOYCE GONZALEZ, ) | |
| a/k/a/ ANNETTE ROMERO ) | |
| ) | |
| Defendant. ) | |

COMES NOW, David Rivera, Esq., duly appointed counsel for defendant ANNETTE JOYCE GONZALEZ, a/k/a/ ANNETTE ROMERO, and advises the Court as follows:

1. That defendant's counsel David Rivera has recently had a discussion with the United States Attorney's Office for the District of Guam concerning the possibility of full time employment with that office. As of this Notice no offer of employment has been extended.

2. That David Rivera currently represents defendant ANNETTE JOYCE GONZALEZ, a/k/a/ ANNETTE ROMERO ("defendant Gonzalez") in the above captioned matter. The current status of defendant Gonzalez' case is that she has entered a plea of guilty and is awaiting sentencing. Said plea was entered into by defendant Gonzalez on August 11, 2005. The discussion referenced in paragraph 1 above occurred on August 25, 2005.

3. Counsel has met with and advised Defendant Gonzalez of the above facts and she has

ORIGINAL

stated to counsel that she wishes counsel to continue representing her in Court. The discussion referred to in paragraph 1 above have not affected any actions taken in this case by either the United States Government or defendant's counsel. Attached hereto and incorporated herein is the Declaration of attorney David Rivera.

4. This disclosure is made for the purpose of full transparency and is further intended to provide the Court an opportunity to determine whether it wishes to have a hearing on the record concerning this issue and/or to determine whether the Court wishes to appoint new counsel for defendant Gonzalez.

5. Should the Court wish to hold a hearing on this issue, said hearing will occur on the _____ day of _____, 2005, at _____ a.m./p.m..

Respectfully submitted this 29th day of August, 2005.

THE LAW OFFICE OF TERRENCE M. BROOKS

By: _____
David Rivera, Esq.
*Attorney for Annette Joyce Gonzalez a/k/a Annette Romero*



RECEIVED
AUG 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM