JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

**FILED**
DISTRICT COURT OF GUAM
SEP - 2 2005
MARY L.M. MORAN
CLERK OF COURT

Counsel for Defendant JESSICA ROSE MESA

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **CR05-00039** |
| Plaintiff, ) | |
| vs. ) | **JOINDER IN MOTIONS; RENEWAL OF MOTION TO SEVER** |
| JESSICA ROSE MESA, et al., ) | |
| Defendants. ) | |

COMES NOW, Defendant **JESSICA ROSE MESA**, through her undersigned counsel of record, and joins in the Motion to Sever filed by the Co-Defendant Gilbert Matta herein on August 26, 2005. Defendant MESA adopts and incorporates by reference herein the said Motion and memoranda in support thereof. Defendant MESA further renews her Motion to Sever filed herein on August 4, 2005, in light of and pursuant to this Court's Order Granting Motion to Continue Trial and Denying Motion to Sever filed herein on August 24, 2005.

Dated at Hagåtña, Guam: September 2, 2005.

ARRIOLA, COWAN & ARRIOLA

**JOAQUIN C. ARRIOLA, JR.**

## MEMORANDUM IN SUPPORT OF RENEWED MOTION TO SEVER

On August 4, 2005, Defendant JESSICA MESA filed her Motion to Sever, which was denied by the Court by Order filed herein on August 17, 2005. Thereafter, however, co-Defendant LISA RODRIGUEZ filed a Motion to Sever and Motion to Continue Trial. Her motion to sever was denied, but her motion to continue trial was granted by Order filed herein on August 24, 2005. Co-Defendant RODRIGUEZ has engaged a psychiatrist to evaluate her the potential for a plea of not guilty by reason of mental disease or defect. The Order of August 24, 2005, continues the trial indefinitely.

Defendant MESA is prejudiced by the indefinite continuance, Defendant MESA asserts her rights to speedy trial, and thus now renews her motion to sever and set the matter for trial.

Dated at Hagåtña, Guam: September 2, 2005.

ARRIOLA, COWAN & ARRIOLA

_____
JOAQUIN C. ARRIOLA, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2005, a copy of Defendant JESSICA ROSE MESA's Joinder in Motion to Sever, Renewed Motion to Sever was served upon Plaintiff United States of America, by hand-delivering a copy thereof to:

MARIVIC P. DAVID, ESQ.
Assistant U. S. Attorney
Office of the United States Attorney
Criminal Division
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

LOUIE J. YANZA, ESQ.
Maher • Yanza • Flynn • Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

G. PATRICK CIVILLE, ESQ.
Civille & Tang, PLLC
Suite 200, 330 Hernan Cortez Avenue
Hagåtña, Guam 96910

Dated at Hagåtña, Guam: September 2, 2005.



ARRIOLA, COWAN & ARRIOLA

_____
JOAQUIN C. ARRIOLA, JR.