ORIGINAL

LAW OFFICE OF TERRENCE M. BROOKS
259 Martyr Street, Suite 101
C & A Building
Hagåtña, Guam 96910
Telephone: (671) 472-6848/9
Facsimile: (671) 477-5790

Attorneys for Defendant
ANNETTE JOYCE GONZALEZ
a/k/a ANNETTE ROMERO

**FILED**
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANNETTE JOYCE GONZALEZ, ) <br> a/k/a/ ANNETTE ROMERO ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00039 <br><br> **CERTIFICATE OF SERVICE** |

I, Celia J. Salas, hereby certify and state that:

1. I am a United States citizen over the age of eighteen (18) years;

2. I am an employee of the LAW OFFICE OF TERRENCE M. BROOKS, P.C.;

3. On or about the **October 20, 2005**, I caused to be served, a copy of the:

Notice of Objection to Adjustment For the Role in the Offense in Criminal Case No. 05-00039 filed in the above matter on **October 20, 2005** via hand delivery to the following:

U.S. Attorney's Office
Sirena Plaza
Hagatna, Guam

U.S. Probation Office
2nd Floor U.S. District Court
Hagatna, Guam

Dated this <u>October 20, 2005</u>.

LAW OFFICES OF TERRENCE M. BROOKS, P.C.

By: _____
CELIA J. SALAS