LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00039 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | GOVERNMENT'S RESPONSE TO |
| | ) | PRESENTENCE INVESTIGATION |
| | ) | REPORT AND MOTION FOR |
| | ) | ADDITIONAL ONE-LEVEL |
| | ) | DECREASE FOR ACCEPTANCE |
| | ) | OF RESPONSIBILITY |
| ANNETTE JOYCE GONZALEZ | ) | |
| a/k/a ANNETTE ROMERO, | ) | |
| Defendant. | ) | |

Comes now the United States and adopts the findings of the Presentence Investigation Report with the following comments: Paragraph 76 of the PSR correctly includes a three-level decrease for acceptance of responsibility under USSG § 3E1.1. The defendant timely notified the government of her intention to enter a plea of guilty at a sufficiently early stage in the process so that the government was able to avoid preparing for trial, and the court was able to schedule its calendar efficiently.

//

//

Also, prior to the sentencing hearing, the government intends to file a substantial assistance downward departure motion pursuant to USSG §5K1.1 and 18 U.S.C. § 3553(e).

Dated this 2nd day of November 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

2