1  LEONARDO M. RAPADAS
2  United States Attorney
   MARIVIC P. DAVID
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez Street
   Hagåtña, Guam 96910
5  Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

8

9
           IN THE UNITED STATES DISTRICT COURT
10
              FOR THE DISTRICT OF GUAM
11

12
   UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 05-00039
13                                     )
                          Plaintiff,   )
14                                     )
            vs.                        )       **ORDER re:**
15                                     )   **November 2, 2005, Motion to Lodge**
                                       )   **Sentencing Memorandum Under Seal**
16 ANNETTE JOYCE GONZALEZ              )
   a/k/a ANNETTE ROMERO,               )
17                                     )
                                       )
18                        Defendant.   )
                                       )
19 _____    )

20        Based on the Government's Motion to Lodge Sentencing Memorandum Under Seal filed

21 November 2, 2005, in the above-captioned matter, and the Court finding good cause for the

22 issuance of the order;

23        **IT IS HEREBY ORDERED** that the Sentencing Memorandum be lodged under seal.

24
   DATE: _____              _____
25
                                       WILLIAM ALSUP*
26                                     District Court of Guam of Guam

27      **ORIGINAL**

28 _____

      *The Honorable William Alsup, United States District Judge for Northern District of
      California, by designation.