ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV - 3 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | ) |
| | ) (LODGED UNDER SEAL) |
| vs. | ) |
| | ) GOVERNMENT'S SENTENCING |
| | ) MEMORANDUM |
| ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO, | ) |
| Defendant. | ) |

The United States is seeking a substantial assistance downward departure to Level 30 based on the cooperation the defendant has provided to agents with the U.S. Immigration and Customs Enforcement. Defendant was debriefed by law enforcement agents after she first entered a guilty plea on August 12, 2005. During the debriefing the defendant provided information about her drug trafficking and money laundering activities. The defendant also identified other individuals who had participated with her in such activities, including co-defendants Sean Cole and Lisa Rodriguez-Cole.

The defendant would have been an available witness to testify about the Coles' drug distribution activities in the event either one elected to go trial, however, no such trial was necessary for either co-defendant since both pleaded guilty pursuant to plea agreements.

For all these reasons, a downward departure to Level 30, which yields a range of 108 to 135 months under Criminal History Category II, is appropriate and the government will recommend the minimum term under said range.

RESPECTFULLY SUBMITTED this _2nd_ day of November 2005.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney



RECEIVED
NOV - 2 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2