IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING



FILED
DISTRICT COURT OF GUAM
NOV 10 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00039-008     DATE: 11/10/2005

HON. ROBERT CLIVE JONES, Designated Judge, Presiding     Law Clerk: None Present
Court Reporter: Wanda Miles     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 8:41:43 - 9:28:38     CSO: B. Pereda

**APPEARANCES**

DEFT: **ANNETTE JOYCE GONZALEZ aka ANNETTE ROMERO**     ATTY: **DAVID RIVERA**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID     AGENT: JOHN DUENAS, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT

U.S. PROBATION: CARLEEN BORJA     U.S. MARSHAL: V. ROMAN

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level: 32     Total offense level: 26     Criminal History Category: II

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Argued for a further downward departure. No objection. GRANTED. Counsel requested the Court to release his client pending designation so that she may be with her children and for her to return to the New Beginnings program in California. DENIED.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Recommended the minimum sentence under the guideline range.

( X ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

The Court Granted the Government's motion for a downward departure. Government moved to dismiss Count I of the indictment. GRANTED.

| | |
|---|---|
| SENTENCE:  CR-05-00039-008 | DEFENDANT: ANNETTE JOYCE GONZALEZ<br>aka ANNETTE ROMERO |

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF  78 MONTHS.

( X )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT  A FACILITY IN NORTHERN CALIFORNIA CLOSE TO BERKLEY OR OAKLAND . COURT FURTHER RECOMMENDS THAT WHILE IN PRISON DEFENDANT PARTICIPATE IN THE 500 HOUR DRUG TREATMENT PROGRAM.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF  FIVE YEARS  .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL NOT POSSESS ILLEGAL CONTROLLED SUBSTANCES. REVOCATION IS MANDATORY FOR POSSESSION OF ILLEGAL CONTROLLED SUBSTANCES.

3. DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE AND SHALL SUBMIT TO MANDATORY DRUG TESTING AS DIRECTED BY THE PROBATION OFFICER, INCLUDING ONE TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, NOT TO EXCEED EIGHT TESTS PER MONTH. REVOCATION IS MANDATORY FOR REFUSAL TO COMPLY.

4. DEFENDANT SHALL SUBMIT TO DNA COLLECTION AND ANALYSIS AS DIRECTED BY THE PROBATION OFFICER.

5. DEFENDANT SHALL NOT POSSESS, HAVE UNDER HER CONTROL, OR HAVE ACCESS TO ANY FIREARM, EXPLOSIVE DEVICE, OR OTHER DANGEROUS WEAPONS, AS DEFINED BY FEDERAL, STATE, OR LOCAL LAW.

6. DEFENDANT SHALL PARTICIPATE IN AND SUCCESSFULLY COMPLETE A SUBSTANCE ABUSE TREATMENT PROGRAM, WHICH WILL INCLUDE DRUG TESTING, OUTPATIENT COUNSELING, OR RESIDENTIAL PLACEMENT, AS APPROVED AND DIRECTED BY THE PROBATION OFFICER. FURTHER, DEFENDANT SHALL BE REQUIRED TO CONTRIBUTE TO THE COSTS OF SERVICES FOR SUCH TREATMENT, AS APPROVED AND DIRECTED BY THE PROBATION OFFICER BASED ON HER ABILITY TO PAY.

7. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE.

RESTITUTION IS NOT APPLICABLE IN THIS CASE. IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $200.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HER APPEAL RIGHTS. DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

TIME ENDED: A.M.