# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Annette Joyce Gonzalez aka Annette Romero,<br><br>        Defendant. | Case No. 1:05-cr-00039-008<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and the Notice of Entry filed November 18, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *David Rivera* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *November 21, 2005* | *November 30, 2005* | *November 21, 2005*<br>*(Judgment only)* | *November 22, 2005*<br>*(Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment and the Notice of Entry filed November 18, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 30, 2005               /s/ Leilani R. Toves Hernandez
                                                         Deputy Clerk